ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 / FAX: 702.893.3789
*Attorneys for Plaintiff ISMIE Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISMIE MUTUAL INSURANCE COMPANY an Illinois corporation.<br><br>Plaintiff,<br><br>vs.<br><br>GRIGSBY LAW GROUP, a professional corporation; AARON GRIGSBY, individually, DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00499-ART-EJY<br><br>**~~PROPOSED~~ ORDER GRANTING PLAINTIFF ISMIE MUTUAL INSURANCE COMPANY'S EX PARTE MOTION FOR SERVICE BY PUBLICATION** |

This Honorable Court, having read and considered, Plaintiff ISMIE MUTUAL INSURANCE COMPANY's ("Plaintiff") Ex Parte Motion for Service by Publication, and for good cause appearing, hereby orders the following:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that good cause exists for Plaintiff to serve Defendants by Publication pursuant to NRCP 4.4(c).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiff's publication shall contain the following language of the Summons to be used in the publication:

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
CASE NO.: 2:24-cv-00499-ART-EJY
ISMIE MUTUAL INSURANCE COMPANY, Plaintiff,
vs. GRIGSBY LAW GROUP, a professional corporation,
AARON GRIGSBY, individually, Defendants.

144798933.1

## SUMMONS

NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD ULESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANTS: GRIGSBY LAW GROUP, a professional corporation, AARON GRIGSBY, individually, Defendants, a civil Complaint has been filed by Plaintiff against you for the relief set forth in the Complaint (i.e a declaration that no duty to defend and/or indemnify exist under a contract of insurance). Object of Action: Defendants are being sued for declaratory relief. 1) If you intend to defend this lawsuit, within twenty-one (21) days of this Summons is served on you exclusive of the day of service, you must do the following: a) file with the Clerk of Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee; and b) serve a copy of your response upon the attorney(s) whose name(s) and address is shows below. 2) Unless you respond, your default will be entered upon application of Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint. 3) If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. 4) The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have forty-five (45) days after service of this Summons within which to file an answer to the Complaint. BRUCE R. THOMPSON FEDERAL COURTHOUSE: 333 Las Vegas Blvd. South, Las Vegas, NV 89101, issued at the direction of LEWIS BRISBOIS BISGAARD & SMITH LLP by Robert W. Freeman, Esq, Nevada Bar No. 3062, and Jennifer A. Taylor, Esq, Nevada Bar No. 6141, 6385 S. Rainbow Blvd., Suite 600, Las Vegas, NV 89118, Tel: (702) 893-3383, Fax: (702) 893-3789, attorneys for Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that service by said publication shall be made by publication of the Summons in a newspaper of general circulation published in the State of Nevada, hereby designated as Nevada Legal News, for a period of four (4) weeks, and at least once a week during said four (4) week period, beginning on September 9, 2024, and ending on October 4, 2024 in said newspaper.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that service by said publication shall be made by publication of the Summons in an additional newspaper of general

144798933.1                                2

circulation published in the State of Nevada, hereby designated as The Nevada Legal Press for a period of four (4) weeks, and at least once a week during said four (4) week period, beginning on September 9, 2024, and ending on October 4, 2024 in said newspaper.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiff will also serve copies of the Summons and Complaint by regular **and** certified U.S. mail, return receipt requested to Defendants at their last known addresses: (1) 5258 S. Eastern Ave., #262, Las Vegas, NV 89119; (2) 2880 W. Sahara Ave., Las Vegas, NV 89102; (3) 630 S. 10th, Las Vegas, NV 8910; and (4) 8704 Honey Vine Ave., Las Vegas, NV 89143-5132. The Summons, Complaint, the Court's August 16, 2024 Order (ECF No. 12.) and this Order must be mailed no later than one business day after this Order permitting service by publication is entered by the Court.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that if any Defendant contact Plaintiff in writing and certify that service is accepted by virtue of receipt of the Summons and Complaint through the United States Mail, Plaintiff must file the same with the Court as soon as possible after such notice is received. In such a case, each Defendant's response to the Complaint will be due and must be filed with the Court, no later than twenty-one calendar days after the date on the correspondence Defendant sent to Plaintiff.

**IT IS SO ORDERED**.

DATED:  September 5, 2024.

_____
UNITED STATES MAGISTRATE JUDGE